OPINION — AG — THE FUNDS RESULTING FROM A SALE OF THE PRESENT JAIL AND ITS PRESENT SITE TO URBAN RENEWAL MAY BE USED, PURSUANT TO RESOLUTION AS IN 62 O.S. 1961 335 [62-335], PROVIDED TOWARD DEFRAYING THE COST OF ERECTING A NEW JAIL. CITE: 68 O.S. 1965 Supp., 2482-24223 [68-2482] — [68-24223], ARTICLE X, SECTION 9, 62 O.S. 1961 335 [62-335], 19 O.S. 1961 381 [19-381], 68 O.S. 1965 Supp., 2490 [68-2490] (FINIS STEWART)